**UNITED STATES DISTRICT COURT**
**DISTRICT OF NORTH DAKOTA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| George Baker, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:06-cv-041 |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |

Before the Court is a Stipulation to Dismiss filed on October 5, 2007, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties have informed the Court that they have reached an agreement to resolve this matter. The Court **ADOPTS** the parties' "Stipulation to Dismiss" (Docket No. 17) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to either party.

**IT IS SO ORDERED.**

Dated this 10th day of October, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court